# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO. 5:20-cr-59-JA-PRL

**DAVID CHAPPELL FEY**

---

### ORDER

This case is before the Court on Defendant Fey's "Motion to Suppress Alleged Statements or Admissions Due to Violation of the Defendant's Sixth Amendment Right to Counsel" ("Motion to Suppress"). (Doc. 74). United States Magistrate Judge Philip R. Lammens conducted a hearing on the matter and submitted a Report (Doc. 103) recommending that the motion be denied. Neither party has filed an objection to the Report and the time to do so has passed.

After reviewing the record, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 103) is adopted and confirmed and made a part of this Order.

2. Defendant Fey's Motion to Suppress (Doc. 74) is **DENIED,**

DONE and ORDERED in Orlando, Florida, on March 24, 2021.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
David Chappell Fey