**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Ocala Division

Case No.:  5:20-Cr-59-JA-PRL

**UNITED STATES,**
   **Plaintiff,**

vs.

**DAVID CHAPPELL FEY,**
   **Defendant.**
_____/

**NOTICE OF APPEAL**

   **COMES NOW** the Defendant, **David Chappell Fey**, by and through undersigned counsel, and hereby files this Notice of Appeal regarding the final order of Judgment (R-278) and Sentence issued in this cause on this 25th day of April, 2022.  (Sentence hearing held on April 20th, 2022.)

Certificate of Service

   I HEREBY CERTIFY that a true and correct copy of this document has been furnished via the electronic filing system to the Office of the U.S. Attorney, Assistant U.S. Attorney Michael Felicetta, Middle District of Florida, Ocala, Florida, on this 25th day of April, 2022.

                            By:  s/Joseph R. Johnson_____
                                   Joseph R. Johnson, Esq.
                                   Florida Bar No.:  0002290
                                   P.O. BOX 798
                                   Ocoee, FL  34761
                                   Phone:  (407) 889-5401
                                   JRJohnsonlaw@aol.com